FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Ste. 228
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT CALIFORNIA/SACRAMENTO

| JOSEPH LEE, | ) | No. 2:09-CV-01854-GEB-KJM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR |
| vs. | ) | FILING PLAINTIFF'S DISCOVERY |
| | ) | MOTION |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation | ) ) ) ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW Plaintiff Joseph Lee by his attorney Frank E. Mayo and Defendant Metropolitan Life Insurance Company by and through its Attorney Rebecca A. Hull of the Firm Sedgwick, Detert, Moran & Arnold LLP and enter this Stipulation with reference to the following facts:

Plaintiff contends he is entitled to discover facts relevant to the alleged conflicted interest of Defendant including the alleged use of a consultant having a conflict of interest.

Defendant has disputed Plaintiff's right to conduct discovery and the Parties desire to meet and confer further in an attempt to resolve the dispute.

STIPULATION AND ORDER TO EXTEND TIME FOR FILING PLAINTIFF'S DISCOVERY MOTION

| | |
|---|---|
| 1 | |
| 2 | The court has set November 2, 2009 as the last day in which Plaintiff may file a motion to permit discovery. The parties desire to extend this date by seven (7) days and hereby Stipulate; |
| 3 | |
| 4 | Plaintiff's motion for discovery shall be filed no later than November 9, 2009. |

IT IS SO ORDERED:

Dated: 10/30/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

Dated: October 30, 2009

LAW OFFICE OF FRANK E. MAYO

_____/S/_____
Frank E. Mayo, Attorney for
Plaintiff Joseph Lee

Dated: October 30, 2009

SEDGWICK, DETERT, MORAN & ARNOLD LLP

_____/s/_____
Rebecca A. Hull, Attorney for
Metropolitan Life Insurance Co.

STIPULATION AND ORDER TO EXTEND TIME FOR FILING PLAINTIFF'S DISCOVERY MOTION