```
FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Ste. 228
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT CALIFORNIA/SACRAMENTO

| | |
|---|---|
| JOSEPH LEE, | No. 2:09-CV-01854-GEB-KJM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR FILING PLAINTIFF'S DISCOVERY MOTION |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation | |
| Defendant. | |

COMES NOW Plaintiff Joseph Lee by his attorney Frank E. Mayo and Defendant Metropolitan Life Insurance Company by and through its Attorney Rebecca A. Hull of the Firm Sedgwick, Detert, Moran & Arnold LLP and enter this Stipulation with reference to the following facts:

Plaintiff contends he is entitled to discover facts relevant to the alleged conflicted interest of Defendant including the

alleged use of a consultant having a conflict of interest.

Defendant has disputed Plaintiff's right to conduct discovery and the Parties desire to meet and confer further in an attempt to resolve the dispute.

The court originally set November 2, 2009 as the last day in which Plaintiff could file a motion to permit discovery. The parties desired to extend this date by seven (7) days and hereby because they wished to continue meet and confer discussions and filed stipulation with this court to such an extension. Although the parties have been communicating they desire additional time to attempt resolution of the discovery issues presented and therefore

Plaintiff's motion to permit discovery shall be filed no later than November 23, 2009.

Dated:  November 6, 2009
                                    LAW OFFICE OF FRANK E. MAYO


                                    _____/S/_____
                                    Frank E. Mayo, Attorney for
                                    Plaintiff Joseph Lee

Dated:  November 6, 2009
                                    SEDGWICK, DETERT, MORAN & ARNOLD
                                     LLP


                                    _____/s/_____
                                    by Rebecca A. Hull, Attorney for
                                    Defendant Metropolitan Life Ins. Co.

    IT IS SO ORDERED:

Dated: 11/12/09
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

STIPULATION AND ORDER TO EXTEND TIME FOR FILING PLAINTIFF'S DISCOVERY MOTION