1 | FRANK E. MAYO/State Bar #42972
2 | Law Office of Frank E. Mayo
3 | 5050 El Camino Real, Ste. 228
    | Los Altos, CA 94022
4 | (650) 964-8901
5 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT CALIFORNIA/SACRAMENTO

| JOSEPH LEE, | ) | No. 2:09-CV-01854-GEB-KJM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR |
| vs. | ) | FILING PLAINTIFF'S DISCOVERY |
| | ) | MOTION |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation | ) | |
| Defendant. | ) | |

COME NOW Plaintiff Joseph Lee by his attorney Frank E. Mayo and Defendant Metropolitan Life Insurance Company by and through its Attorney Rebecca A. Hull of the Firm Sedgwick, Detert, Moran & Arnold LLP and enter this Stipulation with reference to the following facts:

Plaintiff contends he is entitled to discover facts relevant to the alleged conflicted interest of Defendant including the

alleged use of a consultant having a conflict of interest.

Defendant has disputed Plaintiff's right to conduct discovery and the Parties desire to meet and confer further in an attempt to resolve the dispute.

The court origtinally set November 2, 2009 as the last day for which Plaintiff to file a motion to permit discovery. The parties extended this date to November 23rd, 2009 by written stipulation approved by this court. The parties are endeavoring to resolve the discovery issues now pending. They desire to extend this date by an additional two weeks to allow further discussion and hereby stipulate;

Plaintiff's motion to permit discovery shall be filed no later than December 7, 2009.

Dated: November 23, 2009            /s/ Frank E. Mayo
                                    Frank E. Mayo, Attorney for
                                    Plaintiff

                                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

Date:  November 23, 2009            /s/ Rebecca A. Hull
                                    Rebecca Hull, Attorney for
                                    Defendant

     IT IS SO ORDERED:

Dated: 11/24/09

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

STIPULATION AND ORDER TO EXTEND TIME FOR FILING PLAINTIFF'S DISCOVERY MOTION