1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

JOSEPH LEE,                          )
9                                    )
                          Plaintiff, )      2:09-cv-01854-GEB-KJM
10                                   )
             v.                      )      ORDER DENYING REQUEST FOR
11                                   )      ORDER SHORTENING TIME
METROPOLITAN LIFE INSURANCE          )
12  COMPANY, a New York Corporation, )
                                     )
13                       Defendant.  )
                                     )
14

15          On February 12, 2010, Plaintiff's attorney and Plaintiff

16  filed a "Stipulation To Order Shortening Time" ("Stipulation") on the

17  hearing of Plaintiff's attorney's motion for an order authorizing his

18  withdrawal as counsel for Plaintiff.  The Stipulation reveals that the

19  motion "includes a request to continue the trial and extend the time

20  for hearing on Summary Judgment Motions."  Plaintiff, however, has not

21  shown that Defendant should not be provided an opportunity to respond

22  to the portion of the motion seeking to continue scheduled dates.

23  Local Rule 144(e) states "Ex parte applications to shorten time will

24  not be granted except upon affidavit of counsel showing a satisfactory

25  explanation for the need for the issuance of such an order and for the

26  failure of counsel to obtain a stipulation for the issuance of such an

27  order from other counsel or parties in the action."  Plaintiff does

28

1

1  not show that he attempted to obtain a stipulation from Defendant

2  allowing a hearing to be scheduled on shortened time.

3          Further, Plaintiff's attorney's motion to withdrawal as

4  counsel does not state the current or last known address of counsel's

5  client as required by Local Rule 182(d).  This rule requires this

6  information when counsel seeks to withdraw as counsel and leave a

7  client in propria persona.

8          Therefore, the motion for shortening time for hearing on the

9  motion is denied.

10  Dated:  February 16, 2010

11

12  _____
    GARLAND E. BURRELL, JR.
13  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28