IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEE, ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-01854-GEB-KJM |
| ) | |
| v. ) | ORDER ON COUNSEL'S |
| ) | MOTION TO WITHDRAW |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

      Plaintiff's attorney Frank E. Mayo of the Law Office of Frank E. Mayo, filed a motion to withdraw as counsel for Plaintiff on February 8, 2010. (Docket No. 20.) Mr. Mayo provides Plaintiff's current address and telephone number in his withdrawal motion. (Mayo Decl. ¶ 10.) Mr. Mayo avers in his declaration supporting his motion that he and Plaintiff are unable to communicate and the best interests of Plaintiff will be served if his motion is granted. Mr. Mayo requests that the scheduling dates in the scheduling order be vacated so that Plaintiff will have more time to prosecute this case in propria persona. Since Mr. Mayo's withdrawal motion will be granted, and it appears that another scheduling order should issue, the scheduling order is vacated, and this case will be referred to the assigned magistrate judge under Local Rule 302(c)(21).

      Plaintiff's counsel's motion to withdraw as attorney of

record is GRANTED. Joseph Lee now represents himself in this case. The Clerk of Court shall designate this case as a *pro se* case, shall delete the Law Office of Frank E. Mayo from the service list, and add Joseph Lee to the service list; Joseph Lee's address is 2948 Chateau Montelena Way, Sacramento, California 95834, and his telephone number is (916) 765-0362. This case is referred to the magistrate judge assigned this case under Local Rule 302(c)(21).

Dated: March 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge