1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 JOSEPH LEE,

11        Plaintiff,                 No. 2:09-cv-01854 GEB KJN PS

12     v.                        ORDER

13 METROPOLITAN LIFE INSURANCE
COMPANY, a New York Corporation
14
       Defendant.
15
_____/
16

17       This matter was referred to the undersigned for pretrial management because

18 plaintiff Joseph Lee, the only plaintiff in this action, was proceeding without counsel. (See Dkt.

19 No. 27.) Plaintiff is now represented by counsel. Because plaintiff is represented by counsel,

20 pretrial matters, other than discovery motions, should now be noticed before the United States

21 District Judge assigned to this action. Eastern District Local Rule 302(c)(21).

22       Accordingly, it is hereby ORDERED that:

23       1.     This matter is referred back to the United States District Judge assigned to

24 this action.

25       2.     All dates pending before the undersigned, including the Status (Pretrial

26 Scheduling) Conference presently set for April 22, 2010, before the undersigned, are vacated;

1

1   and

2           3.    Henceforth the caption on documents filed in this action shall be

3   No. 2:09-cv-01854 GEB KJN.

4   DATED:  March 29, 2010

5

6

7

8                     KENDALL J. NEWMAN
                  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2