IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| JOSEPH LEE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-01854-GEB-KJM |
| | ) | |
| v. | ) | ORDER **GRANTING MOTION** |
| | ) | **TO AMEND** |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed a motion in which he seeks leave to file a second amended complaint, naming Kaiser Permanente Welfare Benefit Plan ("Kaiser") as defendant instead of defendant Metropolitan Life Insurance Company. Plaintiff included with his motion a copy of his proposed second amended complaint. Kaiser filed a statement of non-opposition to Plaintiff's motion to amend. Since Kaiser does not oppose Plaintiff's motion, Plaintiff is granted leave to file the second amended complaint included with his motion no later than ten days from the date on which this order is filed.

Further, a Status (Pretrial Scheduling) Conference is scheduled to commence at 9:00 a.m. on October 4, 2010. The parties shall file a joint status report no later than fourteen (14) days prior to the Status Conference.

Dated: July 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1