1   **THORNTON DAVIDSON, #166487**
ERISA Law Group, LLP
2   2055 San Joaquin Street
Fresno, California 93721
3   Telephone (559) 256-9800
Telefax (559) 256-9795
4   e-mail: thornton@erisalg.com

5

Attorney for Plaintiff, JOSEPH LEE
6

7

8

UNITED STATES DISTRICT COURT FOR
9
THE EASTERN DISTRICT OF CALIFORNIA
10
SACRAMENTO DIVISION
11

JOSEPH LEE,                                    )
12                                             )  Case No. 2:09-CV-01854 GEB KJN
                                               )
13                        Plaintiff,           )  **REQUEST TO APPEAR**
                                               )  **TELEPHONICALLY AT HEARING ON**
14                                             )  **PLAINTIFF'S MOTION FOR LIMITED**
    v.                                         )  **DISCOVERY[PROPOSED] ORDER**
15                                             )
                                               )  Date:   December 30, 2010
16  KAISER PERMANENTE WELFARE                  )  Time: 10:00 a.m.
    BENEFIT PLAN,                              )  Courtroom: 25, 8th Fl.
17                                             )  Judge:  Kendall J. Newman
                                               )  Trial Date: January 24, 2012
18                        Defendant.           )
                                               )
19  _____ )

20       Thornton Davidson, counsel for plaintiff JOSEPH LEE, hereby requests to be permitted

21  to participate telephonically at the hearing for Plaintiff's Motion for Limited Discovery.  This

22  request is made for the following reasons:

23
         1.      The motion hearing date is scheduled for December 30, 2010 at 10:00 a.m. in
24
                 Courtroom 25, 8th Fl. before the Honorable Kendall J. Newman.
25

26       2.      Plaintiff's Motion for Limited Discovery is fully briefed.

27  //

28

REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFF'S MOTION FOR LIMITED
DISCOVERY [PROPOSED] ORDER

1    3.      This request to appear by telephone is made because Plaintiff's counsel maintains

2    his office in the City of Fresno, California, a distance of approximately 200 miles

3    from the courthouse.

4

5    Dated: December 21, 2010                    /s/Thornton Davidson

6                                                THORNTON DAVIDSON,
                                                 Attorney for Plaintiff, JOSEPH LEE
7                                                ERISA Law Group, LLP
                                                 2055 San Joaquin Street
8                                                Fresno, California 93721
                                                 Telephone (559) 256-9800
9                                                Telefax (559) 256-9795
10                                               thornton@erisalg.com

11

12                                        **ORDER**

13          Plaintiff's counsel, Thornton Davidson, may participate in the hearing on

14   Plaintiff's Motion for Limited Discovery in this action by telephone.  *As soon as possible after*

15   *entry of this order and in advance of the hearing, plaintiff's counsel shall contact the*

16   *undersigned's Courtroom Deputy, at (916) 930-4193, and provide the court with a "land line"*

17   *telephone line at which plaintiff's counsel may be reached at the time of the hearing.*

18          IT IS SO ORDERED.

19   DATED:  December 23, 2010

20

21

22

23   _____
     KENDALL J. NEWMAN
24   UNITED STATES MAGISTRATE JUDGE

25

26

27

28

REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFF'S MOTION FOR LIMITED
DISCOVERY [PROPOSED] ORDER

2