1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                 FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    JOSEPH LEE,                        )
                                        )    2:09-cv-01854-GEB-KJN
9                   Plaintiff,          )
                                        )
10          v.                          )    ORDER RE: SETTLEMENT AND
                                        )    DISPOSITION
11   KAISER PERMANENTE WELFARE          )
     BENEFIT PLAN,                      )
12                                      )
                    Defendant.          )
13   _____

14          Plaintiff filed a "Notice of Settlement" on January 21, 2011,

15   in which he states:

16          Plaintiff, JOSEPH LEE, and Defendant, KAISER
            PERMANENTE WELFARE BENEFIT PLAN, have settled the
17          above referenced case. This settlement is
            contingent upon the execution of a written
18          settlement agreement. The case will be dismissed by
            Plaintiff upon execution of said settlement
19          agreement. Please vacate all currently scheduled
            dates.

20

21   (ECF No. 56.) Therefore, a dispositional document shall be filed no

22   later than February 11, 2011. Failure to respond by this deadline may be

23   construed as consent to dismissal of this action without prejudice, and

24   a dismissal order could be filed.  See L.R. 160(b) ("A failure to file

25   dispositional papers on the date prescribed by the Court may be grounds

26   for sanctions.").

27          The final pretrial conference scheduled for October 24, 2011,

28   will remain on calendar in the event no dispositional document is filed,

                                        1

1  or if this action is not otherwise dismissed.[1]  Further, a joint pretrial

2  statement shall be filed seven (7) days prior to the final pretrial

3  conference.

4          IT IS SO ORDERED.

5  Dated:  January 24, 2011

6

7  _____
   GARLAND E. BURRELL, JR.

8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25      [1]    All currently scheduled dates are not vacated since the
26  representation that parties have reach a settlement "contingent upon the
    execution of a written settlement agreement" does not justify vacating
27  "all currently scheduled dates."  Cf. Callie v. Near, 829 F.2d 888, 890
    (9th Cir. 1987)(indicating that a representation that claims have been
28  settled does not necessarily establish the existence of a binding
    settlement agreement).

2